UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES-GENERAL**

Case No.  **CV 10-4342-DDP (PLA)**                                    Date **March 11, 2011**

Title: **Marland R. Johnson v. Randy Grounds**

---

**PRESENT: THE HONORABLE    PAUL L. ABRAMS**                ☐ U.S. DISTRICT JUDGE
                                                              ☒ MAGISTRATE JUDGE

       **Christianna Howard**                  N/A                         N/A
         Deputy Clerk              Court Reporter / Recorder            Tape No.

**ATTORNEYS PRESENT FOR PETITIONER:**           **ATTORNEYS PRESENT FOR RESPONDENT:**
              NONE                                            NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

On November 12, 2010, the Court issued an Order Requiring Response to Petition in which the Court advises petitioner that a Reply responding to the matters raised in the Answer shall be filed within thirty (30) days of the date of service of the Answer. On January 27, 2011, respondent filed an Answer to Petition for Writ of Habeas Corpus. The Court has determined that petitioner's Reply is overdue. Accordingly, **no later than March 28, 2011, petitioner is ordered to show cause** why this matter should not be placed under submission based on the pleadings currently on file. Filing the required Reply with this Court by March 28, 2011, shall be deemed compliance with this Order to Show Cause.

cc:    Ronald White, Esq.
       Kyle Niki Cox Shaffer, CAAG

                                                               Initials of Deputy Clerk     ch